# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN BALERIA PARRA,<br><br>    Defendant. | CASE NO.: 24-CR-2467-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date currently scheduled for March 21, 2025, be continued *to April 25, 2025, at 1:30 p.m.* Defendant shall file an acknowledgment of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: March 18, 2025

Hon. Janis L. Sammartino
United States District Judge